# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4,<br><br>Plaintiff<br><br>v.<br><br>NEWREZ LLC, et al.,<br><br>Defendants | Case No.: 2:22-cv-00345-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of plaintiff Valencia Management LLC Series 4's response to the order to show cause (ECF No. 17),

I ORDER that the order to show cause (EF No. 11) is satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.  The parties remain responsible for proving jurisdiction exists before entry of a final judgment.

DATED this 18th day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE