UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4,<br><br>       Plaintiff<br><br>v.<br><br>NEWREZ LLC, et al.,<br><br>       Defendants | Case No.: 2:22-cv-00345-APG-DJA<br><br>**Order** |

Plaintiff Valencia Management LLC Series 4 moved for emergency injunctive relief to prevent a foreclosure sale scheduled for March 2, 2022. ECF No. 6.  Valencia owns real property located at 10784 Teton Village Court in Henderson, Nevada.  Defendant NewRez LLC is the beneficiary under a deed of trust encumbering the property.  I previously denied Valencia's motion for temporary restraining order and for preliminary injunctive relief. ECF No. 10.

After I denied Valencia's motion, Valencia filed a supplement without leave of the court. Valencia has not identified any good cause for filing supplemental evidence in support of an already-denied motion. *See* LR 7-2(g). I therefore strike the supplement. *See id.* ("The judge may strike supplemental filings made without leave of court.").  The parties state in their joint status report that they disagree about whether the motion for preliminary injunction remains pending. ECF No. 20 at 2 & n.1.  I already denied the motion, so it is not pending.

I THEREFORE ORDER that the supplemental declaration (ECF No. 12) is STRICKEN.

DATED this 30th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE