AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Valencia Management LLC Series 4*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; NATIONAL DEFAULT SERVICING CORPORATION, DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.: 2:22−cv−00345−APG−DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR JUDGMENT ON THE PLEADINGS (First Request)** |

Plaintiff VALENCIA MANAGEMENT LLC SERIES 4 ("Plaintiff") and Defendant NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING ("Defendant"), by and through their attorneys of record, after meeting and conferring on August 16, 2022, hereby submit this Stipulation for an extension of time for Plaintiff to respond to Defendant's Motion for Judgment on the Pleadings [Doc #26] ("Motion for Judgment"), from the current date of August 26, 2022 to September 9, 2022.

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to the Motion for Judgment. This extension is sought in good faith, and is not intended to cause any delay or prejudice to any party.

| DATED this 16th day of August 2022 | DATED this 16th day of August 2022 |
|---|---|
| **CLARK NEWBERRY LAW FIRM** | **AKERMAN LLP** |
| /s/ Aimee Clark Newberry<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorney for Valencia Management LLC Series #4* | /s/ Natalie L. Winslow<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorney for NewRez LLC, fka New Penn Financial, LLC, dba Shellpoint Mortgage Servicing* |

## ORDER

IT IS HEREBY ORDERED that Plaintiff shall file its Opposition to Defendants' Motion for Judgment on or before September 9, 2022.

_____
UNITED STATES DISTRICT COURT
DATED: August 17, 2022

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

/s/ Aimee Clark Newberry
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for Valencia Management LLC Series #4*