AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Valencia Management LLC Series 4*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; NATIONAL DEFAULT SERVICING CORPORATION, DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.: 2:22−cv−00345−APG−DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR PROTECTIVE ORDER**<br><br>**(Second Request)** |

Plaintiff VALENCIA MANAGEMENT LLC SERIES 4 ("Plaintiff") and Defendant NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING ("Defendant"), by and through their attorneys of record, after meeting and conferring on September 2, 2022, hereby submit this Stipulation for an extension of time for Plaintiff to respond to Defendant's Motion for Motion for Protective Order [Doc #29], which was filed on August 23, 2022, from the current date of September 6, 2022 to September 20, 2022.

This is the second stipulation for extension of time to oppose Defendant's Motion for Protective Order.

This request was made after September 6, 2022, the current deadline to oppose the Motion for

Protective Order given Plaintiff's counsel's excusable neglect. While the verbal stipulation was made between the parties prior to September 6, 2022, Plaintiff's counsel's child's ongoing medical needs caused the delay in the filing of the instant stipulation.

The stipulated request for an extension of time for Plaintiff's counsel to oppose Defendant's Motion for Protective Order is necessitated by Plaintiff's counsel's child's ongoing medical needs. Plaintiff's counsel is a solo practitioner. Plaintiff's counsel has an 8 year old child with a history of kidney cancer, and chronic kidney disease who has recently required additional medical attention and necessitated Plaintiff's counsel to be unavailable for her regular office hours during which she would have otherwise drafted the opposition to the Motion for Protective Order.

This extension is sought in good faith, and is not intended to cause any delay or prejudice to any party.

| DATED this 12th day of September 2022 | DATED this 12th day of September 2022 |
|---|---|
| **CLARK NEWBERRY LAW FIRM** | **AKERMAN LLP** |
| /s/ Aimee Clark Newberry<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorney for Valencia Management LLC Series #4* | /s/ Natalie L. Winslow<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorney for NewRez LLC, fka New Penn Financial, LLC, dba Shellpoint Mortgage Servicing* |

*Case 2:22−cv−00345−APG−DJA*
*Stipulation and Order to Extend Time*

## ORDER

IT IS HEREBY ORDERED that Plaintiff shall file its Opposition to Defendants' Motion for Protective Order on or before September 20, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9/13/2022

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

  */s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for Valencia Management LLC Series #4*