ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC, fka New Penn Financial, LLC, dba Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; NATIONAL DEFAULT SERVICING CORPORATION, DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00345-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SHELLPOINT TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and Valencia Management LLC, Series 4 hereby stipulate and agree that Shellpoint shall have additional time, up to and including **October 3, 2022** to file its reply in support of its motion for protective order. (ECF No. 29). The current deadline is September 26, 2022. The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for Shellpoint.

. . .

. . .

66559700;1

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated: September 26, 2022.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Nicholas E. Belay* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC, fka New Penn Financial, LLC, dba Shellpoint Mortgage Servicing* | */s/ Aimee Clark Newberry* <br> AIMEE CLARK NEWBERRY, ESQ. <br> Nevada Bar No. 11084 <br> 410 S. Rampart Blvd., Suite #390 <br> Las Vegas, Nevada 89145 <br><br> *Attorneys for Valencia Management LLC, Series 4* |

## **ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Shellpoint shall have until October 3, 2022, to file its reply in support of its motion for protective order.

DATED this 27th day of September, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00345-APG-DJA

2