1    ARIEL STERN, ESQ.
Nevada Bar No. 8276
2    NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
3    NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
4    AKERMAN LLP
1635 Village Center Circle, Suite 200
5    Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
6    Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
7    Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com
8
*Attorneys for NewRez LLC, fka New Penn*
9    *Financial, LLC, dba Shellpoint Mortgage*
*Servicing*
10

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

11                    **IN THE UNITED STATES DISTRICT COURT**

12                         **FOR THE STATE OF NEVADA**

13   VALENCIA MANAGEMENT LLC SERIES 4,        Case No.: 2:22-cv-00345-APG-DJA
a Nevada limited liability company,
14
                                             **STIPULATION AND ORDER TO**
15                        Plaintiff,          **EXTEND TIME FOR SHELLPOINT TO**
                                             **FILE REPLY IN SUPPORT OF MOTION**
16   v.                                       **FOR PROTECTIVE ORDER**

17   NEWREZ    LLC,   F/K/A    NEW    PENN    **(SECOND REQUEST)**
     FINANCIAL,  LLC,  D/B/A  SHELLPOINT
18   MORTGAGE    SERVICING;    NATIONAL
     DEFAULT   SERVICING   CORPORATION,
19   DOE individuals I through XX; and ROE
     CORPORATIONS I through XX,
20
                        Defendants.
21

22          Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and Valencia

23   Management LLC, Series 4 hereby stipulate and agree that Shellpoint shall have additional time, up

24   to and including **October 12, 2022** to file its reply in support of its motion for protective order.

25   (ECF No. 29).  The current deadline is October 3, 2022.  The parties enter into this stipulation to

26   accommodate time and scheduling constraints on counsel for Shellpoint.

27   . . .

28   . . .

66658644;1

1    This is the parties' second request for an extension of this deadline and is not intended to

2  cause any delay or prejudice to any party.

3    Dated: October 3, 2022.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Nicholas E. Belay*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC, fka New Penn Financial, LLC, dba Shellpoint Mortgage Servicing* | */s/ Aimee Clark Newberry*<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite #390<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Valencia Management LLC, Series 4* |

## **ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Shellpoint shall have until October 12, 2022, to file its reply in support of its motion for protective order.

DATED this 4th day of October, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:22-cv-00345-APG-DJA

66658644;1