AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Valencia Management LLC Series 4*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; NATIONAL DEFAULT SERVICING CORPORATION, DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　Defendants. | CASE NO.: 2:22−cv−00345−APG−DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br>**(First Request)** |

　　　Plaintiff VALENCIA MANAGEMENT LLC SERIES 4 ("Plaintiff") and Defendant NEWREZ LLC, F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING ("Defendant"), by and through their attorneys of record, hereby submit this Stipulation for an extension of time for Plaintiff to file an amended complaint pursuant to this Court's order (ECF #51), from the current deadline of October 28, 2022 to November 14, 2022, as the parties are working toward a settlement of this case.

　　　This is the first request for an extension of time to file an amended complaint. This extension is sought in good faith, and is not intended to cause any delay or prejudice to any party. Good cause supports the request for extension to allow the parties additional time to attempt to resolve this case

short of the filing of the amended pleading and to allow counsel for Plaintiff additional time to confer with her client.

| DATED this 27th day of October 2022 | DATED this 27th day of October 2022 |
|---|---|
| **CLARK NEWBERRY LAW FIRM** | **AKERMAN LLP** |
| /s/ Aimee Clark Newberry<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorney for Valencia Management LLC Series #4* | /s/ Nicholas E. Belay<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorney for NewRez LLC, fka New Penn Financial, LLC, dba Shellpoint Mortgage Servicing* |

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall file its amended complaint on or before November 14, 2022.

_____
UNITED STATES DISTRICT COURT
DATED: October 28, 2022

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

   /s/ Aimee Clark Newberry
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for Valencia Management LLC Series #4*