# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4, | Case No.: 2:22-cv-00345-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| NEWREZ LLC, et al., | |
| Defendants | |

Plaintiff Valencia Management LLC Series 4's amended complaint was due November 14, 2022. ECF No. 53.  I previously advised Valencia that if it did not timely file an amended complaint, I would dismiss the original complaint with prejudice. ECF No. 51 at 7.  However, the parties' last stipulation for an extension of time mentioned that the parties were discussing settlement. ECF No. 53.

I THEREFORE ORDER the parties to file a status report, or plaintiff Valencia Management LLC Series 4 to file an amended complaint, by December 9, 2022.  Failure to file a status report or an amended complaint by December 9, 2022 will result in dismissal of the original complaint with prejudice.

DATED this 28th day of November, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE