# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALENCIA MANAGEMENT LLC SERIES 4,<br><br>    Plaintiff<br><br>v.<br><br>NEWREZ LLC, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00345-APG-DJA<br><br>**Order** |

Plaintiff Valencia Management LLC Series 4's amended complaint was due November 14, 2022. ECF No. 53. I previously advised Valencia that if it did not timely file an amended complaint, I would dismiss the original complaint with prejudice. ECF No. 51 at 7. However, the parties' last stipulation for an extension of time mentioned that the parties were discussing settlement. ECF No. 53. Consequently, I ordered the parties to file a status report, or plaintiff Valencia Management LLC Series 4 to file an amended complaint, by December 9, 2022. ECF No. 54. I advised Valencia that failure to file a status report or an amended complaint by December 9, 2022 would result in dismissal of the original complaint with prejudice. *Id.* The parties did not file a status report and Valencia did not file an amended complaint.

I THEREFORE ORDER that plaintiff Valencia Management LLC Series 4's complaint (ECF No. 1-1) is DISMISSED with prejudice. Defendant NewRez LLC's counterclaims remain pending.

DATED this 13th day of December, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE